**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Daniel Kirkland,

    Plaintiff

vs.

Bally's Hotel and Casino,

    Defendant

Case No.: 2:13-cv-00499-JAD-PAL

**Order
Dismissing Case for Failure to Prosecute**

This employment-discrimination action arises out of pro-se plaintiff Daniel Kirkland's application to work as a poker dealer at Bally's Hotel and Casino.[1]  I issued an order to show cause why this action should not be dismissed for failure to prosecute on September 9, 2014, that required a response from Kirkland by September 30, 2014.[2]  Kirkland was cautioned that, if he failed to timely or adequately respond to this order, his action would be dismissed without further notice.[3]  He failed to file any response whatsoever.  Nor has he otherwise prosecuted this case in any way.

Accordingly, it is hereby ORDERED that this case is DISMISSED.

The Clerk of Court is instructed to close this case.

DATED October 29, 2014.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] *See* Doc. 4 at 2–3.  The court liberally construes all pro-se motions and pleadings.  *See Bernhardt v. L.A. Cnty.*, 339 F.3d 920, 925 (9th Cir. 2003).

[2] Doc. 10 at 1–2.

[3] *Id.* at 2.

1